UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY S. HALAJIAN,<br><br>    Plaintiff, pro se<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. 1:14-cv-01998-SAB<br><br>**ORDER CLOSING FILE** |

Previously, the Court dismissed Plaintiff's Verified Civil Complaint for Declaratory Judgment, Other Relief and granted him leave to file an Amended Complaint. ECF No. 8. Plaintiff failed to file a timely Amended Complaint.

Accordingly, **IT IS HEREBY ORDERED:**

1. The above-captioned action is **dismissed**.
2. The District Court Executive is directed to close the file.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to Plaintiff.

**DATED** this 27th day of July, 2015.

_____
Stanley A. Bastian
United States District Judge

**ORDER CLOSING FILE** ~ 1